IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAMELA HAMIEL | : | |
| Plaintiff, | | |
| | | CIVIL ACTION |
| v. | : | NO. 14-4131 |
| PATRICK DONAHOE | | |
| Defendant. | : | |

**ORDER**

AND NOW, this 13th day of May, 2015, upon consideration of Defendant's Motion to Dismiss (Doc. No. 6), Plaintiff's Opposition thereto (Doc. No. 9), and Defendant's Reply (Doc. No. 10), it is hereby ORDERED that said Motion is GRANTED.

BY THE COURT:

_/s/  C. Darnell Jones, II   J._